**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHAEL V. PALAMARA, ) | |
| individually and on behalf of all others ) | Civil Action No. 07-0317 |
| similarly situated, ) | |
| ) | CLASS ACTION |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Gary L. Lancaster |
| ) | |
| KINGS FAMILY RESTAURANTS, ) | |
| ) | **ELECTRONICALLY FILED** |
| Defendant. ) | |

## CONSENT ORDER

AND NOW, this 22nd day of April , 2008, it is hereby ORDERED AS

FOLLOWS:

The Defendant in the above-captioned matter, Kings Family Restaurants ("Kings"), agrees to and shall remain in full compliance with Section 1681(g)(1) of the Fair and Accurate Credit Transaction Act, 15 U.S.C. § 1681 *et seq.* ("FACTA"), by continuing to truncate all but the last five (5) digits of customer credit and/or debit card account numbers from the customer copy of receipts presented to customers in Kings restaurants and continuing to truncate credit and/or debit card expiration dates from the customer copy of receipts presented to customers in Kings restaurants, subject to any future amendments to FACTA.

BY THE COURT:

The Honorable Gary L. Lancaster
United States District Court Judge

CONSENTED TO:

/s/ Wendy J. Newton
Wendy J. Newton, Esquire
Counsel for Defendant Kings

/s/ R. Bruce Carlson
R. Bruce Carlson, Esquire
Counsel for Plaintiff